# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-4010

_____

DARIUS BRADLEY,

    Appellant,

v.

DEPARTMENT OF FINANCIAL
SERVICES,

    Appellee.

_____

On appeal from the Department of Financial Services.

July 18, 2019

PER CURIAM.

AFFIRMED. *See Gonzalez v. Fla. Dep't of Fin. Servs.*, 60 So. 3d 469 (Fla. 3d DCA 2011).

LEWIS, MAKAR, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Darius Bradley, pro se, Appellant.

Samuel Gilot, Senior Attorney, and Dustin William Metz, Executive Senior Attorney, Department of Financial Services, Tallahassee, for Appellee.